# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THETUS VASQUEZ,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>U.S. BANK CORP.; et al.,<br><br>　　　　　　　　Defendants. | Case No.: 19-CV-1637 W (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 14] and **ORDERS** the case **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: December 17, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　United States District Judge